JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TERRY COOLEY, | ) | No. CV 07-7753 RSWL (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| VICTOR M. ALMAGER, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>March 17, 2009</u>

RONALD S.W. LEW

_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge